# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MAURICIO VILLARREAL, JR., ) | No. ED CV 10-1124-PLA |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for further administrative proceedings consistent with the Memorandum Opinion.

DATED: July 21, 2011

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE